JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Fernandez, | Case No. 2:20-cv-11141-RGK-JC |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| HKJ Gold, Inc. et al, | |
| Defendant(s). | |

On January 26, 2021, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution as to defendant HKG Gold, Inc. [15], whose answer was due on or before January 22, 2021. A response to the OSC was ordered to be filed on or before February 1, 2021. On January 27, 2021, plaintiff filed a Notice of Settlement [16], stating that a global settlement had been reached. On January 28, 2021, the Court issued an order advising the parties that they were not relieved of any deadlines or court appearances until a dismissal of the action was filed. On January 28, 2021, the Court issued a OSC why the case should not be dismissed for lack of prosecution as to defendant Sami Jarjour. [18], whose answer was due on or before January 25, 2021. A response to the Order to Show Cause as to defendant HKG Gold, Inc. was filed stating that the parties had reached a settlement and that a Notice of Settlement was filed [20]. Based on the Court's notice informing the parties that they were not relieved of any deadlines until a dismissal of the action was filed, and plaintiff's failure to

respond to the OSC as to defendant Jarjour, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: February 4, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE